UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:26-cv-20805

RENZO BARBERI,

Plaintiff,

vs.

LA RAMPA RESTAURANT LLC, a Florida
limited liability company  and 1352 E 4TH
AVE PROPERTY  LLC, a Florida limited
liability company

 Defendants.

_____/

## DEFENDANT 1352 E 4TH AVENUE LLC'S  ANSWER & AFFIRMATIVE DEFENSES

COMES  NOW,  the  Defendant, 1352  E. 4TH  AVENUE PROPERTY LLC, by and through

undersigned counsel, and answer the complaint as follows:

1. Subject Matter Jurisdiction is admitted.

2. Admitted.

3. Without knowledge. Therefore, denied.

4. Without knowledge. Therefore, denied.

5. Admitted.

6. Defendant adopts and realleges its responses to the allegations stated in paragraphs 1

   through 5 of the complaint.

7. Admitted.

8. Admitted.

1

9.   Admitted.

10. Admitted.

11. Denied.

12. Denied.

13.  Denied

14. Admitted.

15.  a) Admitted.

b)  Admitted.

c)  Admitted.

d) Admitted.

e)  Admitted.

f)  Admitted.

g)  Admitted.

h)  Admitted.

i) Admitted.

j) Admitted

k) Admitted

l) Admitted.

m) Admitted

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

## COUNT I- DECLARATORY RELIEF

21. Defendants restate and re-allege their responses to paragraphs 1-20 of the complaint as if fully stated herein.

22. Denied.

23. Denied.

24. Denied.

## COUNT II-INJUNCTIVE RELIEF TO REMOVE ARCHITECTURAL BARRIERS

25. Defendants restate and re-allege their responses to paragraphs 1-20 of the complaint as if fully stated herein.

26. Denied.

27. Denied.

28. Denied.

## COUNT III-INJUNCTIVE RELIEF TO MODIFY POLICIES, PRACTICES AND PROCEDURES

29. Defendants restate and re-allege their responses to paragraphs 1-20 of the complaint as if fully stated herein.

30. Denied.

31. Denied.

32. Denied.

## COUNT III-INJUNCTIVE RELIEF TO MAINTAIN COMPLIANCE

33. Defendants restate and re-allege their responses to paragraphs 1-20 of the complaint as if fully stated herein.

34.  Denied.

35. Denied.

36. Denied.

37. Denied.

### Affirmative Defenses

### First Defense

For their First affirmative defense, Defendants state that removal of all or some the alleged barriers is not readily achievable.

### Second Defense

For their Second affirmative defense, Defendants state that the requested modifications would impose an undue burden on the Defendants.

### Third Defense

For their Third affirmative defense Defendants state that any renovations to the property did not constitute alterations after January 26, 1993.

### Fourth Defense

For their Fourth affirmative defense, Defendants state that the requested modifications are technically infeasible.

4

Wherefore, Defendants request that the complaint be dismissed and it be awarded the costs of defense of this action.

Respectfully Submitted,

GASTESI LOPEZ & MESTRE, PLLC.
*Attorney for Defendant*
Royal Oaks Professional Center
8105 NW 155th Street
Miami Lakes, Florida  33016
Telephone No. 305-818-0117
Facsimile No. 305-818-9997
lopez@glmlegal.com


By:   /s/ Raul R. Lopez                .
      Raul R. Lopez. Esq.
      Fla. Bar No.: 705667

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of April , 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record listed on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to received electronically Notices of Filing.

<u>s /  Raul R. Lopez</u>
Raul R. Lopez, Esq.

## **SERVICE LIST**

Attorney for Plaintiff:

Ronald E. Stern, Esq.
The Advocacy Law Firm, P.A.
1835 E. Palmdale Beach Boulevard # 757
Holland L beach FL 33009
T: 954-639-7016
E-Mail: ronsternlaw@gmail.com
         advocacylaw.paralegal@gmail.com

6

8

9