UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20805-CIV-DIMITROULEAS

RENZO BARBERI,

      Plaintiff,

vs.

LA RAMPA RESTAURANT LLC, and 1352 E 4TH AVE PROPERTY LLC

      Defendants.

_____/

## ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION

THIS CAUSE is before the Court *sua sponte*.

A court has the inherent power to *sua sponte* dismiss a claim or case for lack of prosecution. *See Link v. Wabash Railroad Co.*, 370 U.S. 626, 630 (1962). Pursuant to Rule 41(b), a district court may dismiss a complaint or a claim for failure to prosecute or failure to comply with a court order or the federal rules. Fed. R. Civ. P. 41(b).

Defendant La Rampa Restaurant LLC filed its Answer containing crossclaims against co-Defendant 1352 E 4th Ave Property LLC on  May 4th, 2026. [DE 16]. The deadline to respond to Defendant La Rampa Restaurant LLC's crossclaims was May 25, 2026. *See* Fed. R. Civ. P. 12(a)(1)(B) ("A party must serve an answer to a counterclaim or crossclaim within 21 days after being served with the pleading that states the counterclaim or crossclaim."). However, as of the date of this Order, 1352 E 4th Ave Property LLC has not yet responded to the crossclaims.

If a co-defendant fails to respond to a crossclaim, the claimant may move for a Clerk's Entry of Default. *See* Fed. R. Civ. P. 55(a). In this case, although the 1352 E 4th Ave Property LLC has failed to timely respond to the crossclaims, La Rampa Restaurant LLC has not yet

moved for a Clerk's Entry of Default.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.   La Rampa Restaurant LLC on or before **June 9th, 2026**, shall either move for Clerk's Entry of Default against 1352 E 4th Ave Property LLC or show cause why La Rampa Restaurant LLC's crossclaims should not be dismissed for a lack of prosecution; and

2.   A failure to comply with this Order may result in immediate dismissal of La Rampa Restaurant LLC 's crossclaims without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 2nd day of June, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record