UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:26-cv-20805

RENZO BARBERI,

    Plaintiff,

vs.

LA RAMPA RESTAURANT LLC, a Florida
limited liability company  and 1352 E 4TH
AVE PROPERTY  LLC, a Florida limited
liability company

 Defendants.

_____/

## CROSS-CLAIM DEFENDANT 1352 E 4TH AVENUE PROPERTY LLC'S  ANSWER & AFFIRMATIVE DEFENSES TO CROSS CLAIM

COMES  NOW, the Cross-Claim  Defendant, 1352 E. 4TH AVENUE PROPERTY LLC,

by and through undersigned counsel, and answer the Cross-Claim as follows:

54. Admitted.

55. Admitted.

56. Admitted.

57. Admitted.

58. Admitted.

59. Admitted.

60. Admitted.

61. It is admitted that the lease allocates certain maintenance responsibilities between the

parties.

62. Admitted.

1

63.     Admitted.

64.     Admitted.

65.     Admitted.

66.     Admitted.

67.     Denied.

68.     Admitted.

69.     Denied.

70.     Admitted.

71.     Denied.

72.     Denied.

73.     Denied.

74.     Denied.

75.     Denied.

COUNT I-Contribution and Apportionment

76.     Cross-Defendant repeats and realleges the allegations set forth in response to

paragraphs 54 to 75 of the Cross-claim.

77.     Admitted.

78.     Denied.

79.     Denied.

80.     Denied.

81.     Denied.

82.     Denied.

83.     Denied.

84.     Denied.

85.     Denied.

## Count II-Contractual Indemnification

86.     Cross-Defendant restates its allegations in response to paragraphs 54 through 75 as if fully set forth herein.

87.     Denied.

88.     Denied.

89.     Denied.

90.     Denied.

91.     Denied.

92.     Denied.

93.     Denied.

## Count III-Breach of Contract

94.     Cross-Defendant repeats and realleges the allegations in response to paragraphs 54 through 75 as is fully set forth herein.

95.     Denied.

96.     Denied.

97.     Denied.

98.     Denied.

99.     Denied.

100.    Denied.

101.    Denied.

Count IV-Equitable Indemnification

102.    Cross-Defendant realleges the allegations set forth in response to paragraphs 54 through 75 as if fully set forth herein.

103.    Denied.

104.    Denied.

105.    Denied.

106.    Denied.

107.    Denied.

Affirmative Defenses

First Defense

The subject lease does not allocate maintenance responsibilities with relation to the parking parking facilities and entranceways to the demised premises. As such, under Florida law, Cross-plaintiff is responsible for maintenance of the parking areas, parking facilities and entranceways.

Second Defense

Cross-Plaintiff is not entitled to indemnity from Cross-Defendant, to the extent that cross-Plaintiff is at fault for its failure to comply with its responsibilities under the ADA. The lease does not provide for contractual indemnity and one seeking common law indemnity cannot be at fault.

4

Wherefore, Defendant requests that the Cross-claim be dismissed and it be awarded the costs of defense of this action.

Respectfully Submitted,

GASTESI LOPEZ & MESTRE, PLLC.
*Attorney for Cross-Defendant*
8000 Governors Park Square
Suite101
Miami Lakes, Florida  33016
Telephone No. 305-818-0117
Facsimile No. 305-818-9997
[lopez@glmlegal.com](mailto:lopez@glmlegal.com)


By:   /s/ Raul R. Lopez               .
        Raul R. Lopez. Esq.
        Fla. Bar No.: 705667

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of June, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record listed on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to received electronically Notices of Filing.

s / Raul R. Lopez<br>
Raul R. Lopez, Esq.

## SERVICE LIST

Attorney for Cross-Plaintiff

Michael S. Faragolla Esq.
Spiegel & Utera, P.A.
1840 Coral Way, 4th floor
Miami, FL 33145
Tel. (305) 854-6000, ext204
attorneyfaragalla@amerilawyer.com
litigationassistant@amerilawyer.com

Attorney for Plaintiff:

Ronald E. Stern, Esq.
The Advocacy Law Firm, P.A.
1835 E. Palmdale Beach Boulevard # 757
Hollandale Beach FL 33009
T: 954-639-7016
E-Mail: ronsternlaw@gmail.com
        advocacylaw.paralegal@gmail.com