UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-CV-20805-WPD

RENZO BARBERI,

        Plaintiff,

vs.

LA RAMPA RESTAURANT LLC., et. al.,

        Defendant.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte.* This Court's February 9, 2026 Order [DE 4] directed the parties to file a Joint Scheduling Report and Joint Proposed Order within thirty-five (35) calendar days of the filing of the first responsive pleading by the last responding defendant. *See* [DE 4].  Defendant La Rampa Restaurant LLC filed its answer on May 4, 2026. *See* [DE 16]. Thus, a Joint Scheduling Report should have already been filed.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **June 16, 2026** Plaintiff shall either show cause why this case should not be dismissed for failure to follow this Court's Order or file a Joint Scheduling Report and Joint Proposed Order that includes the parties' proposed deadlines. Failure to timely respond will result in dismissal of the case without prejudice

1

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 9th day of June, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

2